FILED

2003 NOV -4  P 12: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
BRIDGEPORT CT

**MICHAEL TRACEY**

         **Plaintiff,**         **CIV. NO. 3:03CV908 (JCH)**

**v.**

**DANIEL MENDEZ ET AL**

         **Defendants.**         **OCTOBER 28, 2003**

## JOINT STATUS REPORT

### 1. DESCRIBE NATURE OF THE MATTER

1. The plaintiff, Michael Tracey, is requesting monetary damages from Defendants Mendez and Correa. Defendant Mendez employed unreasonable force, assaulted the plaintiff, and subjected the plaintiff to extreme emotional distress during the course of a false and warrantless arrest during a motor vehicle stop.

2. Defendant Mendez, without exercising ordinary care, slammed the door on the plaintiff's hand, injuring such hand, which required medical attention, and lost time from work.

3. Defendant Mendez used profanity and ordered Ms. Padilla, the plaintiff's passenger, to "shut up bitch."

4.   Defendant Correa, who arrived on the scene after Mr. Tracey's hand was slammed in the door, was advised by Defendant Mendez, in the presence of the plaintiff and Ms. Padilla, that "the plaintiff's girlfriend was being bitchy."

5.   Defendant Correa advised the plaintiff that he was stopped because his marker plates were outdated.

6.   The plaintiff attempted to file a complaint against Defendant Mendez, with Defendant Correa, for injuring his hand and being stopped without a valid reason.

7.   In violation of his first amendment rights, upon the oral complaint, Defendant Correa advised the plaintiff that "we're grown men, grown men don't do reports."

## 2. Disputed Issues of Fact and Law

A.   The Defendants deny that they subjected the Plaintiff to a false arrest, assault or an unlawful search and seizure.

B.   The Defendant Mendez has denied that he slammed the car door on the Plaintiffs hand.

C.   The Defendant Correa denies that he acted unlawfully in his supervising duties in regard to Mr. Tracey.

D.  The Plaintiffs claims of damages are disputed by the Defendants and, in particular, that the Plaintiff received any damages as the result of an unconstitutional action by either Defendants Mendez or Correa.

E.  Whether the Plaintiff has any cause of action pursuant to the First Amendment.

F.  Whether the Plaintiff has a cause of action for intentional, reckless assault and battery as to the Defendant Mendez.

G.  Whether the Plaintiff has a cause of action against Correa for failure to supervise.

### 3. **Discovery**

The Defendant, Correa, has propounded Interrogatories and Production dated August 28, 2003. The Defendant Correa anticipates conducting depositions of the Plaintiff and his witness and has sent notices for such dated November 24, 2003.

The plaintiff will provide a request for responses to interrogatories and production upon the defendants, but does not anticipate conducting any depositions.

### 4. **Dispositive Motions**

The plaintiff does not anticipate that he will file motions.

It is to early to determine if Defendants will file motions. However, the Defendant Correa is very likely to file such upon completion of the depositions.

### 5. **Additional Pleadings**

None anticipated.

6.  **Trial Readiness**

The parties anticipate late summer/early fall for trial.

7.  **Other Preparation**

The Defendants may need an independent medical exam and additional depositions of experts, depending upon the Plaintiffs responses to discovery and deposition. The plaintiff's response will depend upon the defendants responses to discovery.

8.  The matter is moving and no other assistance is needed at this time. However, a Spring settlement conference after completion of discovery may be of some assistance.

9.  See # 8 above.

THE PLAINTIFF

By: ..................................
Robert Berke
135 Elm Street Bridgeport, CT 06604
Tel: 203/332-6000
Federal Bar No. 20784



THE DEFENDANT EDDIE CORREA


BY:..................................
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, CT 06604
Tel. No. 576-7647
Federal Bar No. 05746



THE DEFENDANT DANIEL MENDEZ

BY:..................................
Gregory M. Conte
Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, CT 06604
Tel. No. 576-7647
Federal Bar No. 13219