03CV908 ANS

2003 DEC 15 P 2: 43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL TRACEY | : | |
| Plaintiff, | : | CIV. NO. 3:03CV908 (JCH) |
| vs. | : | |
| DANIEL MENDEZ, ET AL | : | |
| Defendants | : | DECEMBER 12, 2003 |

### ANSWER AND AFFIRMATIVE DEFENSE TO MAY 5, 2003 AMENDED COMPLAINT AS TO DEFENDANT DANIEL MENDEZ

1-3.   As to Paragraphs 1 through 3 inclusive, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

4-5.   Paragraphs 4 and 5 are DENIED.

6.   As to Paragraph 6, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

7.   As to Paragraph 7, the Defendant ADMITS he was a duly appointed police officer acting in his official capacity and, as to the remained, he leaves the Plaintiff to his proof.

8.   Paragraph 8 is ADMITTED.

GCF03001                                     1

9.   As to Paragraph 9, the Defendant ADMITS Plaintiff was operating a motor vehicle and, as to the remainder, he leaves the Plaintiff to his proof.

10.  Paragraph 10 is DENIED.

11-15.  As to Paragraphs 11 through 15 inclusive, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

16.  Paragraph 16 is DENIED.

17.  As to Paragraph 17, the Defendant Mendez ADMITS Defendant Correa arrived after the Defendant Mendez but has insufficient knowledge or information as to specifically what course of events had transpired.

18.  Paragraph 18 is DENIED.

19.  Paragraph 19 is DENIED.

20.  Paragraph 20 is DENIED.

21.  As to Paragraph 21, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

22.   As to Paragraph 22, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

23.  As to Paragraph 23, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

24. As to Paragraph 24, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

25. As to Paragraph 25, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

26. As to Paragraph 26, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

27. Paragraph 27 is DENIED.

28. Paragraph 28 is DENIED.

29. As to Paragraph 29, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

30. As to Paragraph 30, the Defendant has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

31. Paragraph 31 is DENIED.

32. Paragraph 32 is DENIED.

33. Paragraph 33 is DENIED.

### BY WAY OF AFFIRMATIVE DEFENSE

The Plaintiff has failed to allege a cause of action against the Defendant Daniel Mendez.

                                    THE DEFENDANT
                                    DANIEL MENDEZ

                              By: _____
                                    Gregory M. Conte
                                    Assistant City Attorney
                                    OFFICE OF THE CITY ATTORNEY
                                    999 Broad Street - 2nd Floor
                                    Bridgeport, CT 06604
                                    Telephone #203/576-7647
                                    Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Answer and Affirmative Defense to May 5, 2003 Amended Complaint as to Defendant David Mendez" has been mailed, postage prepaid, on this 12TH day of December, 2003, to:

**Robert M. Berke, Esq.**
**135 Elm Street**
**Bridgeport, CT 06604**

**Barbara Brazzel-Massaro, Esq.**
**Office of the City Attorney**
**999 Broad Street**
**Bridgeport, CT 06604**

                              _____
                              Barbara Brazzel-Massaro
                              Commissioner of the Superior Court

GCF03001                          4