FILED

2003 DEC 22 P 12: 46

US.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MICHAEL TRACEY                          :
                                        :
            Plaintiff,                  :        CIV. NO. 3:03CV908 (JCH)
                                        :
    vs.                                 :
                                        :
DANIEL MENDEZ, ET AL                    :
                                        :
            Defendants                  :        DECEMBER 18, 2003

## DEFENDANT EDDIE CORREA JR.'S
## NOTICE OF CONCURRENCE OF REMOVAL

The Defendant, Eddie Correa, Jr., hereby gives notice to the Court, through

counsel, that he concurs with the removal filed by the Co-Defendant, Daniel

Mendez, through his counsel, Gregory Conte.

                            THE DEFENDANT
                            EDDIE CORREA JR.


                    BY: _Barbara B. Massaro_
                        Barbara Brazzel-Massaro
                        Associate City Attorney
                        OFFICE OF THE CITY ATTORNEY
                        999 Broad Street
                        Bridgeport, CT  06604
                        Tel. No. 576-7647
                        Juris No. 06192

BMF03123                        1

## CERTIFICATION

This is to certify that a copy of the foregoing "Defendant Eddie Correa Jr.'s Notice of Concurrence of Removal" has been mailed, postage prepaid, on this 18th day of December, 2003, to:

**Robert M. Berke, Esq.**
**135 Elm Street**
**Bridgeport, CT  06604**

**Gregory M. Conte, Esq.**
**Office of the City Attorney**
**999 Broad Street**
**Bridgeport, CT  06604**

Barbara B. Massaro
Barbara Brazzel-Massaro
Commissioner of the Superior Court