03CV908SecForCst

FAX TO CHRIS, USDC, NEW HAVEN

FROM: Bridgeport

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RECEIPT OF REGISTRY MONIES

FULL TITLE OF CASE: MICHAEL TRACEY V. DANIEL MENDEZ, ET AL

CASE NUMBER:         CIVIL     3:03CV908(JCH)
                     CRIMINAL

PERSON OR LAW FIRM SUBMITTING THE SUM:
ROBERT BERKE
c/o MICHAEL TRACEY

ADDRESS: 135 ELM STREET
         BRIDGEPORT, CT 06604

AMOUNT SUBMITTED AND RECEIPTED: $500.00
DATE AND RECEIPT NUMBER: 10/7/03 #B007013
MONEY SUBMITTED FOR:    ( )   REMOVAL BOND

                        ( )   INTERPLEADER ACTION

                        ( )   APPEARANCE BOND

                        (X)   SECURITY FOR COSTS

                        ( )   OTHER (Specify)
                              Registry

                        _____
                        Deputy Clerk

TO: NEW HAVEN
FROM: BRIDGEPORT
Voucher No. _____ dated _____ has been issued in the above case.