UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL TRACEY** | : |
| Plaintiff, | : CIV. NO. 3:03CV908 (JCH) |
| vs. | : |
| **DANIEL MENDEZ, ET AL** | : |
| Defendants | : JUNE 10, 2004 |

### MOTION TO WITHDRAW

The undersigned counsel, having filed an Appearance on behalf of Daniel Mendez in the above referenced matter, hereby moves the Court for permission to withdraw as counsel on the basis that he is no longer employed by the City of Bridgeport's Office of the City Attorney.

The undersigned further submits that immediately upon the granting of this motion, Attorney Salvatore DePiano, Deputy City Attorney, will file an appearance on behalf of Daniel Mendez.

Wherefore, the undersigned respectfully request this Court's permission to withdraw as counsel as aforesaid.

BMF03052

By: _____
Gregory M. Conte
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 13219

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion to Withdraw" has been mailed, postage prepaid, on this 10TH day of June, 2004, to:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT  06604

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT  06604

_____
Gregory M. Conte
Commissioner of the Superior Court

GCF04001                                                          2