# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MICHAEL TRACEY

**APPEARANCE**

    Plaintiff

v.

CASE NUMBER: 3:03CV908 (JCH)

DANIEL MENDEZ, ET AL

    Defendants



To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    DANIEL MENDEZ

---

**SEPTEMBER 29, 2004**
Date

**20790**
Connecticut Federal Bar Number

**203/576-7647**
Telephone Number

**203/576-8252**
Fax Number

_____
E-mail address

_____
Signature

**CHRISTINE D. BROWN**
Print Clearly or Type Name

**Office of the City Attorney**
Address

**999 Broad Street, 2nd Floor**

**Bridgeport, CT  06604**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was hand delivered on this 1ST day of October, 2004, to the following:

    Robert M. Berke, Esq.      Barbara Brazzel-Massaro
    135 Elm Street      Office of the City Attorney
    Bridgeport, CT  06604      999 Broad Street, 2nd Floor
        Bridgeport, CT  06604

        Christine D. Brown

Appearance.frm.Jan.24