## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL TRACEY | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-908 (JCH) |
| | : | |
| DANIE MENDEZ, ET AL | : | |
|    Defendants | : | OCTOBER 4, 2004 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_\_\_  To supervise discovery and resolve discovery disputes

_____  A ruling on the following motion(s) which are currently pending:

_____ √  A settlement conference.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 4th day of October, 2004.

                                        /s Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge