UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Michael Tracey** | : | Case No. 3:03CV908 (JCH) |
| **Plaintiff.** | : | |
| v. | : | |
| | : | |
| **Daniel Mendez** | : | |
| **Eddie Correa**    : | | **December 22, 2004** |
| **Defendants.** | | |

## AMENDED COMPLAINT

1. This is an action for money damages to redress the deprivation by the defendants of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this Court is invoked under the provisions of Sections 1331 and 1367(a) of Title 28 and Section 1983 and 1988 of Title 42 of the United States Code.

3. Jurisdiction of this Court is invoked, in the state law claims, under the provisions of Section 1367 of Title 28 of the United States Code.

4. During all times mentioned in this action, the plaintiff was, and still is, an adult citizen of the United States, residing in Bridgeport, Connecticut.

5. Defendant Mendez, during all times mentioned in this action, was and remains a duly appointed officer in the Bridgeport Police Department, acting in his official capacity. He is sued, however, only in his individual capacity.

6. Defendants Mendez, during all times mentioned in this action, were acting under color of law of the Constitution and Statutes of the United States and State of

      Connecticut, and the customs and usages, of the State of Connecticut and the City of Bridgeport.

7. At or about 9:30 P.M., on December 17, 2000, in the vicinity of Arctic Street in Bridgeport, CT, the plaintiff was operating a motor vehicle, with his step-daughter, Aiesha Padilla, as the front seat passenger.

8. Defendant Mendez unlawfully pulled over the plaintiff and Ms. Padilla.

9. Defendant Mendez inquired into the name of the plaintiff, and when the plaintiff advised that his name was Michael Tracey, Defendant Mendez ordered the plaintiff to exit his vehicle.

10. The plaintiff complied, removed his seat belt and exited the vehicle.

11. Defendant Mendez inquired if the plaintiff had any guns, drugs or weapons.

12. Defendant Mendez, without exercising ordinary care, slammed the door on the plaintiff's hand.

13. As a result of his hand being slammed in the door by defendant Mendez, the plaintiff suffered contusions and pain on his hand, and missed work.

14. The plaintiff was treated at St. Vincent's Medical Center, Bridgeport, CT, where his hand was immobilized and he was administered pain medication.

15. In the manner described above, the injuries to the hand of the plaintiff were the direct and proximate result of the negligent actions of the Defendant Mendez.

      Michael Tracey

By His Attorney

_____
Robert M. Berke
135 Elm Street
Bridgeport, CT 06604
203 332-6000
203 332-0661 fax
Bar No. 20784

### **CERTIFICATION**

I certify that copies have been delivered to counsel of record as listed below, on this date: :

Christine Brown, Esq. Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604, and

Barbara Massaro, Esq., Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604.

_____
Robert M. Berke