UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Michael Tracey** | : | Case No. 3:03CV908 (JCH) |
|    Plaintiff. | : | |
| v. | : | |
| | : | |
| **Daniel Mendez** | : | |
| **Eddie Correa** | : | January 24, 2005 |
|    Defendants. | | |

## Motion for Return of Bond

On January 5, 2004, the plaintiff filed a withdrawal of complaint and request for a dismissal with prejudice pursuant to a settlement of the parties.

Upon the court's entry of such dismissal the plaintiff respectfully requests that the court orders the return of the $500.00 bond posted by the plaintiff.

    Michael Tracey

    By His Attorney

    _____

    Robert M. Berke
    1187 Broad Street
    Bridgeport, CT 06604
    203 332-6000
    203 332-0661 fax
    Bar No. 20784

## **CERTIFICATION**

I certify that copies have been delivered to counsel of record as listed below, on this date, to: Christine Brown, Esq. Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604, and Barbara Massaro, Esq., Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604.


_____
Robert M. Berke