UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Michael Tracey** | : | Case No. 3:03CV908 (JCH) |
| Plaintiff. | : | |
| v. | : | |
| | : | |
| **Daniel Mendez** | : | |
| **Eddie Correa** | : | January 5, 2005 |
| Defendants. | | |

## WITHDRAWAL OF COMPLAINT

The above parties have reached a settlement and therefore the plaintiff hereby withdraws the amended complaint, and this action against the defendants, and consistent with such request respectfully requests that this court dismiss the matter with prejudice.

    Michael Tracey

    By His Attorney

    _____

    Robert M. Berke
    1187 Broad Street
    Bridgeport, CT 06604
    203 332-6000
    203 332-0661 fax
    Bar No. 20784

## **CERTIFICATION**

    I certify that copies have been delivered to counsel of record as listed below, on this date, to: Christine Brown, Esq. Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604, and Barbara Massaro, Esq., Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604.


_____
Robert M. Berke